

# Missouri Court of Appeals
## Southern District

**SEPTEMBER 24, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33564

        Re:     CEBRON CORDELL FINLEY,
                Movant-Appellant,
                v.
                STATE OF MISSOURI,
                Respondent-Respondent.